# MEMORANDUM DECISIONS.

ABOUD, Respondent, v. BISTANY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by George A. Aboud against Khali A. Bistany. No opinion. Judgment and order affirmed, with costs.

ADAMS et al., Respondents, v. ELWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Mary Ann Adams and another, as executors, etc., against George A. Elwood. No opinion. Judgment affirmed, with costs. See 70 N. Y. Supp. 1134, and 71 N. Y. Supp. 1132.

ADEE v. NASSAU R. CO. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Fred Adee against the Nassau Railroad Company. No opinion. Reargument ordered for Thursday, April 24th.

ADLER, Respondent, v. ARON, Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Sidney L. Adler against Mark Aron. J. B. Tanner, for appellant. L. Kronfeld, for respondent. No opinion. Judgment and order affirmed, with costs.

ADRIANCE et al., Respondents, v. BRISTOR, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by Peter Adriance and another against Mary E. Bristor. No opinion. Judgment and order unanimously affirmed, with costs.

ALIGNUM CO., Respondent, v. STOLL et al., Appellants. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by the Alignum Company against James A. Stoll and others. M. C. Jacobus, for appellants. H. G. K. Heath, for respondent. No opinion. Judgment affirmed, with costs.

ALLERTON, Appellant, v. ALLERTON, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Hannah N. Allerton against Charlotte A. Allerton. No opinion. Order affirmed, without costs. All concur, except HIRSCHBERG, J., taking no part.

In re ALLISON, Commissioner of Jurors. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) In the matter of the application of Thomas Allison, as commissioner of jurors in the county of New York, to compel the delivery to him of the books and papers belonging or appertaining to such office of commissioner of jurors in the county of New York and now in the possession of Charles Welde. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

AMERICAN CHEESE CO., Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by the American Cheese Company against the Brooklyn Heights Railroad Company. No opinion. Motion granted.

ARESSY v. BARBIER. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Clement Aressy against Aimee Barbier. No opinion. Motion granted, with $10 costs.

In re ARKENBURGH'S EX'RS. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) In the matter of the judicial settlement of the account of proceedings of the executors, etc., of Robert H. Arkenburgh, deceased. No opinion. Motion granted.

In re ARMSTRONG. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) In the matter of the judicial settlement of the account of Frank H. Armstrong, as executor, etc., of Julia A. Whitney, deceased. No opinion. Decree of surrogate's court affirmed, with costs against the appellant personally.

AXFORD v. SEGUINE et al. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by William B. Axford, as administrator, against Ezra K. Seguine and others. No opinion. Motion denied, with $10 costs.

BAER, Respondent, v. McCULLOUGH et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by Elias Baer, as executor, etc., of George Baer, against John G. McCullough and another, as receivers, etc. No opinion. Judgment and order unanimously affirmed, with costs.

BALDWIN, Appellant, v. GENUNG et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) Action by Hugh J. Baldwin against George D. Genung and Clayton A. Smith. No opinion. Motion denied, without costs.